IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEASON STAVLO,

                         Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.

                                                Case No. 16-cv-393-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                         Defendant.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Season Stavlo attorney fees and costs in the amount of $5,600.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

        s/ V. Olmo, Deputy Clerk                        1/18/2017

Peter Oppeneer, Clerk of Court                    Date